IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY D. BATY                                                        PLAINTIFF

              v.                    Civil No. 11-2250

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## JUDGMENT

For reasons stated in an order of this date, the undersigned remands this case to the

Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access

to Justice Act ("EAJA"), 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 8th day of June 2012.

                                        /s/ J. Marschewski
                                        HONORABLE JAMES R. MARSCHEWSKI
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)